# EXHIBIT A







# COMPASS MARKETING 101

**Bausch & Lomb**

HELPING **GREAT COMPANIES**
DO **GREAT THINGS**

JOHN WHITE
CHAIRMAN & CEO



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Chairman & CEO Compass Marketing Inc., 13 years

- MBA Marketing & Management, University of Baltimore

- Director at Acosta before founding Compass in 1999

- President of the International Foundation for Research & Education of Depression, a 501(c)3 healthcare non-profit

- Board Member of the United Way of Maryland Campaign Committee





STRATEGIC ADVISORS TO AMERICA'S TOP CONSUMER PRODUCT MANUFACTURERS.







Compass MARKETING
INCORPORATED
HELPING **GREAT COMPANIES** DO **GREAT THINGS**







HELPING **GREAT COMPANIES** DO **GREAT THINGS**



HEADQUARTERS
ANNAPOLIS, MD

CONN: CONNECTICUT
MASS: MASSACHUSETTS
NH: NEW HAMPSHIRE
RI: RHODE ISLAND
VT: VERMONT

# OUR CLIENTS



HELPING **GREAT COMPANIES** DO **GREAT THINGS**































# OUR BRANDS






- Single family income is a thing of the past, both parents work.

- Less time is spent in the home.

- More products being consumed away from the home.

- Home meal replacement increases.

- Commercial and non-commercial visits are up.







HELPING **GREAT COMPANIES** DO **GREAT THINGS**



- Non-traditional channels of distribution.
- Products sold in outlets other than retail.
- Focus on increasing points of distribution.
- Identifying truly incremental sales and consumption.




HELPING **GREAT COMPANIES** DO **GREAT THINGS**





COMPASS ADVANTAGE

SCOPE OF SERVICES





COMPASS MARKETING, INC. / 222 SEVERN AVE. SUITE 200 / ANNAPOLIS, MD 21403 / 410.268.0030 / www.compassmarketinginc.com    11



Compass Marketing is the leader in opening strategic opportunities and guiding top brands in sales and marketing. Our company is comprised of an experienced, dedicated team that is focused on maximizing revenue with a reputation for getting results.

We specialize in pioneering brands in alternate & specialty channels, E-commerce, B2B and Foodservice. Support includes a full service marketing and creative services department, analytics, consulting and strategic services.

Our relentless pursuit of our clients' goals and interests is why we are the strategic advisor to world's leading Consumer Products manufacturers.



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Headquarters in Annapolis, MD USA
- 60+ employees in 15 offices in United States, India and Brazil
- Divisions: Sales, Marketing and Creative Services, Inside Sales, Strategic Services/Business Development, Consulting, B2B, Foodservice, Analytics, E-Commerce





- Airports/Airlines/Duty Free
- Travel Plazas
- Sporting Goods
- Office Supply Outlets
- College Book Stores
- Home Improvement
- Hardware
- Farm & Fleet
- E-commerce
- Foodservice National Accts.
- Safety Supply
- B2B

- Arts & Crafts
- Auto Retailers
- Hospital Gift Shops
- Oil & Gas Exploration
- Home Improvement
- Direct to Consumer Catalogs
- Independent Dollar
- Hunting Supply/ Fishing Supply
- Electronic/Entertainment Retailers
- Home Goods
- Record, Music and Video







HELPING **GREAT COMPANIES** DO **GREAT THINGS**







| | | |
|---|---|---|
| Academy Sports | A C Moore | Blockbuster Video |
| Dick's Sporting Goods | ACE Hardware | Staples - Retail |
| Hancock Fabrics | Auto Zone | Family Video |
| Office Max | Advanced Auto | True Value |
| FedEx Office | Big 5 Sporting Goods | Orgill |
| Shoe Carnival | Burlington Coat Factory | National Amusement |
| W B Mason | Best Buy | Marvin's |
| Staples Online | Cabela's | Wheatbelt |
| Lowe's | Garden Ridge | United Hardware |
| | Home Depot | Quill |
| | Lowe's | |
| | Office Depot | |
| | Old Navy | |
| | Pep Boys | |
| | Tractor Supply | |
| | Tiger Direct | |







HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Client, Customer, Industry and Country Research and Monitoring
- Analysis of retail environments, POS data
- Website content auditing and adjacency recommendations
- Marketing and advertising planning and execution
- Sales support
- Customer Profile Database







# Meals, snacks and beverages
## <u>prepared away from home</u>

- Unique channel characteristics:
– High fragmentation
– High segmentation
– Broadly Separated into
  - Commercial
  - Non-Commercial- "On-Site" Feeding- Colleges, Hospitals, Hotels
– Lack of trade information
  - Little data available; no tracking of product sales
– Decision makers
  - Distributors attempt to influence, but…
  - The restaurant operator, not the consumer, calls the shots


- Structure & Size
  - Food Service follows a very linear supply chain



Manufacturer → Distributor → Operator → Consumer

  - US Foodservice Market Size

| Manufacturer Shipments/ Distributor Purchases | Operator Purchases | Consumer Purchases/ Retail Sales Equivalent |
|---|---|---|
| $144 B | $166 B | $500 B |

This is roughly equal to retail food sales

Technomic, Inc 2009





HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Unique channel characteristics:
  - Business Categories
    - Business that consume products or Services
    - Government Agencies
    - Institutions
    - Resellers
  - Types of Sellers
    - Big Box – Combination of Retail and B2B Redistributors
    - Independent Dealers
  - Lack of trade information
    - Little category data available
    - Dealers protective of sales information
  - Competition
    - Almost all types of businesses purchases something through the Re-Distributors
    - All independent dealers purchase through both Re-distributors but designate first & second call
    - Dealers purchasing from Club and Warehouse are becoming more prevalent
  - Dealer purchasing categories Include:
    - Jan/San

- Cleaning & Breakroom
- Technology
- Environmental
- Sales may comprise:
  - Contract business
  - E-commerce and web
  - Catalog sales
- Vertical Markets Include:
  - Hospitality
  - Education
  - Healthcare
  - State & Local Government
  - Contractors
  - Military
- Sales Strategy
  - Solution selling
  - Account programs



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Annual Sales Meetings
- National, Regional And Account Show Support
- Various Catalogs And Flyers
- Email Blasts
- Distribution Kits
- Social Media
- Integrated Marketing Campaigns
- Virtual Trade Shows
- Key Supplier Meetings

- HQ Management
- Promotional Programs
- Region, District, Account Manager And End-user Meetings
- Training
- Incentive Programs
- New Item Introductions
- Inside Sales Team Support

Compass advantage
CREATIVE SERVICES

Compass advantage
CREATIVE SERVICES



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

## Advertising









Print, Television, Radio,
Web, Billboards, Mobile

## Corporate Identity









Brand Development, Logo Design,
Business Card & Letterhead Design,
Identity Guidelines



## Web Design & Development







## Email Marketing







Content Development, Navigational Strategy,
Flash Design, Database Programming,
E-commerce, Ongoing site maintenance


## Marketing Collateral









Brochures, Sell Sheets, Signs, Posters,
Self-Promotion, Catalogs, Forms,
Invites & Announcements, Flyers & Inserts

## Direct Mail



Postcards, Sales Letters,
Dimensional Mailers,
Interactive Presentations



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

# Point-of-Purchase









In-Store Concepts, Product
Signage/Flyers, Tear-away Rebates

# Package/Display Design











## Tradeshows







Stage Design, Collateral, Sales Meetings,
Networking Events, Product Launches

## Event Marketing







Sell Sheets, Deal Sheets, Order Forms,
Signage/Banners, Video, Booth Design, Swag



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

## Product Photography








Digital High Resolution Images

## Video / Audio Production





Corporate Presentations, Training,
Image Videos, Commercials



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

## Marketing Strategy







## Merchandising Services







Identifying Target Audience,
Market Research, Competitor Analysis,
Business Naming and Tagline Development

Planograms, Product Assortment,
Category Placement, Shelf & Back Tags



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

## Interactive Media







Training Programs, Product Launches, Interactive Catalogs, Corporate Presentations, Social Media

## Brand Development, Positioning and Consulting











Identifying Core Values, Creating Positive Emotional Attachment, Maintaining consistent message across all mediums, etc.




Leveraging the best of Sales, Marketing and Insights to accelerate results in Alternate and Specialty Channels.





# TRANSPORTATION CLASS OF TRADE

(5,732 outlets)

















HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Hudson manages a variety stores that anticipate and fulfill the needs of travelers while complementing the design and culture of the areas in which they are located.
- Headquarters:
  - East Rutherford, NJ
- Size:
  - Over 550 newsstands, bookstores, cafes and specialty in 69 airports and transportation terminals throughout the United States and Canada.
- Sales: 201.7M (North America 2008)
- Promotions:
  - Quarterly Dump Bin
  - Cash Wrap Program
  - Sampling
  - Rolling Cart Displays in 150 Stores-Items featured on shelves and 2 side banners
  - Ads on shopping bags-usually periodicals
  - Plasma screen ads.
  - Marquis and Vertical Banner Program
    - Marquis – 42" W x 11" H – 150 locations nationally
    - Vertical – 11" W x 42" – 35 locations nationally
  - Agreements last 3 years
  - Shippers/Clip Strips Trade Show Tie-in
  - In-store scanning
  - Yearly Tradeshow







- News dealers and newsstands
- Headquarters:
  - Secaucus, NJ
- Size:
  - 57 locations in the Northeast and South U.S. including airports, train stations, Hotels, and Office Buildings
- Sales: 28.2M
- Brands:
  - Faber News Now
  - Dunkin Donuts
  - Hugo Boss
  - Taxco Sterling
  - Rosetta Stone
- Distribution
  - Century Distributors
  - Allen Brothers
  - Silverman
  - Auburn Distributors





Paradies Profile
- Headquarters:
- Atlanta, Georgia
- Size:
- Currently at 450 locations
- Serves more than a half billion customers each year
- Over 24 different store banners

- Primary Location Sites:
- Airports and Hotels

- Promotional Programs:
- Press Express
- Self Serve Essentials (Water & Paper)
- Pink Promotion - October Breast Cancer Month
- Cash Wrap Program

- Miscellaneous:
- Snack POG - Fall 2009
- 32 New stores opening in 2009





- HMS Host Profile
- Headquarters: Bethesda, Maryland
- Size:
- Currently @250 store locations and purchasing for another 350 locations within travel plazas that are under their Food & Beverage division
- Z Markets – larger convenience store format – they will have 12 locations by the end of '08
- Volume @ $25,000,000.
- Travel Plazas and Airports
- Cost of new items:
- $100.00 per sku
- Promotional Programs:
- There are 13 Promotional Periods per year
- Cash Wrap at register = $17,000 for a 30 day period – lift is between 250/400%
- Candy Wall – cost same as above with lift being between 175/350%
- Snack Wall – cost same as above with lift being between 175/350%
- HBC Fixture – cost same as above with lift being between 125/150%
- Travel Information Network (TIN) – cost is $28,000 for 30 day period on 68 screens for 180,000 GRP's using 15 second spots
- Misc:
- Clips Strips – not used by HOST but will buy them if there is an accompanying promotional allowance – will remove from clip strips and merchandise as needed
- In Store Scanning – currently @75% of their locations are scanning with a target of 100% by end of 2009
- SAP – currently implementing this program
- Data – will consider selling or sharing category data on an individual basis with a manufacturer – with signed confidentiality agreement





## COLLEGE BOOKSTORE CLASS OF TRADE



(10,589 outlets)





HELPING **GREAT COMPANIES** DO **GREAT THINGS**




Barnes & Noble College Bookstores is the scholastic sister company of Barnes & Noble (B&N), the US's largest bookseller.

• Headquarters:
- Basking Ridge, NJ
- 635 Locations in 44 states (500 contain convenience products)
- Average 10,000 – 20,000 Square feet

• Target Demographic: 4.3 Million students (primarily live on campus), and staff/family

• 35 years managing on campus college bookstores

• Promotions:
- Value endcap program
- Shipper program – Seasonal/promotional program in 150 stores (400 – 500 stores during "rush")various merchandising and promotional activities
- Cash Wrap – "on the go" and impulse items merchandised next to store check outs. Cost of program is $8,000 per item in 400 stores for 12 months.
- Sampling programs – On campus samples of new and priority items
- Marketing Opportunities – Barnes and Noble Partnership Marketing group can reach students with your message and – Steve Schubert
- Yearly tradeshow







- Headquarters:
  - Oak Brook, IL
  - Manages over 800 college bookstores in North America
- Promotions:
  - fully-integrated online and in-store marketing program
  - supported by advertising and visual merchandising
  - promotional programs tailored to alumni groups
  - Period promotions tied to start of classes, homecoming, holidays etc.
  - Cultural promotions tied to African-American History Month, Women's History Month, etc.



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Nebraska Books Profile





## HOME IMPROVEMENT / INDEPENDENT HARDWARE FARM AND FLEET CLASS OF TRADE

(37,413 Outlets)










HELPING **GREAT COMPANIES** DO **GREAT THINGS**



PROFILE: THE HOME DEPOT

HELPING **GREAT COMPANIES** DO **GREAT THINGS**



- Headquarters:
  - Atlanta, GA
- Size:
  - 2,233 worldwide, 1,971 U.S.
- Sales: $71,288.0M (2009)
- Promotions:
  - Circular
  - Free How-To Clinics and Reference Books
  - Do-It-Herself Workshops
  - Kids Workshops
  - Special Services for Professional Customers
  - Commercial credit accounts





HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Headquarters:
  – Eau Claire, WI



- Size:
  – 100 stores throughout 9 states on the east coast

- Sales: $7,800.0M (Estimated) (2008)

- Promotions:
  – Sales Fliers available in electronic and print form
  – Menards is a NASCAR sponsor
  – Menards is EDLP, all promotions are funded by Menards.









- Headquarters:
- Mooresville, NC
- Size:
- 1,638 U.S. Stores
- Sales: $48,230.0M (2009)
- Promotions:
- Lowe's Credit Cards
- Free email newsletters
- Weekly local ads
- LowesCreativeIdeas.com, how-to video resource
- Targeted direct mail efforts











# AUTOMOTIVE CLASS OF TRADE

(16,650 Outlets)







HELPING **GREAT COMPANIES**
DO **GREAT THINGS**



## Headquarters
– Memphis, TN

## Size
– #1 auto parts retailer in America
– 4,813 Stores (4,534 in U.S, 279 in Mexico)
– Stores typically range from 6,500 – 8,000 sq. ft.
– Over 6 million customers per week
– 70,000 employees

## Sales
– $8.60B (2012)

## Customer Demographics
– 66% Male, 34% Female
– 34% (18 to 34), 30% (35 to 49)

## Promotions
– Clip Strip Program
– Tie-in Promotions
– In-store Circular





HELPING **GREAT COMPANIES** DO **GREAT THINGS**

Headquarters
– Roanoke, VA

Size
– 3,662 Stores (39 States, Puerto Rico, Virgin Islands)
– 55,000 Employees

Sales
– $6.21B (2012)

Promotions
– Weekly Ad (By Location)
– Advance Auto Parts Newsletter
– Advertising plan built around television and radio
– supported by print and in-store signage
– TV advertising is a combination of national and regional media in both sports and entertainment programming.
– Radio advertising airs during peak drive times.
– Sponsor sporting events, racing teams and other events at all levels in a grass-roots effort to positively impact individual communities, including Hispanic and other ethnic communities, to create awareness and drive traffic for our stores.







Headquarters

– Philadelphia, PA

Size

– 738 Stores (35 States and Puerto Rico)

– 19,123 Employees

Sales

– $2.06B (2012)

Promotions













**'FORE' SUPPLY CO.**

# SPORTING GOODS CLASS OF TRADE



(21,378 Outlets)






HELPING **GREAT COMPANIES**
DO **GREAT THINGS**







- Headquarters:
  - Pittsburgh, PA
- Size:
  - 384 Stores in 39 states
  - 27,600 employees (2009)
  - Locate stores in primary retail centers with an emphasis on co-tenants including major discount retailers or specialty retailers from other categories
  - Primary prototype store is approximately 50,000 square feet
- Sales: $4.13 Billion (2009)
- Customer Demographics:
  - 53% Male Age: 12-17 (20%), 18-34 (25%), 35-49 (27%), 50+ (17%)
- Promotions:
  - Game-On Circular
  - Email Alerts
  - Catalogs
  - Interactive Store Events







- Headquarters:
  - El Segundo, California
- Size:
  - 384 stores mostly in the western U.S.
- Sales: $896.81M (2010)
- Promotions:
  - Run Ads every week (sometimes 2x per week)
  - Circulars up to 2x per week.
  - Email marketing, exclusive coupons







- Headquarters:
  - Katy, TX
- Size:
  - 121 stores throughout 11 southern states
- Sales: $$1,840 million (2006)
- Promotions:
  - Weekly Ad by location
  - In store catalogs
  - Academy Sports credit card







- Headquarters:
- Englewood, CO
- Size:
- Over 450 nationwide
- Sales: $2,980.0M (2008)
- Promotions:
- Coaches Club, savings and special offers for teams







# E-COMMERCE CLASS OF TRADE



HELPING **GREAT COMPANIES**
DO **GREAT THINGS**



HELPING **GREAT COMPANIES** DO **GREAT THINGS**



- World's biggest online retailer
- 42 product categories
- #1 in customer service
- Most trusted brand in U.S.
- Sales: 2010 Web Sales $32.2B (40% revenue growth in 2010)
- Web Statistics
- 114M active customers worldwide
- Largest online retail customer base and growing quickly
- Average Ticket $185
- 75 Million monthly unique visitors
- #5 most visited site in the U.S.
- Target Demographic
- Site attracts 48% ages 25-44,
- More educated crowd. 46% Male / 54% Female
- Entire selection of products including all pack sizes
- Integrated sales and marketing solutions with Adzinia in house ad agency and network
- Amazon customers are driven to purchase based on price, selection and convenience
- Top 5 E-Commerce Sites:
    1. Amazon.com
    2. Staples.com
    3. Dell.com
    4. Apple.com
    5. OfficeDepot.com





HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Drugstore.com, inc. is a leading online retailer of health, beauty, clinical skincare, vision, and pharmacy products.
- Sales: 2010 web sales $456.51M
- Web Statistics
  - 9 Million monthly visits
  - 5 Million unique visitors
  - Average ticket $66
- Target Demographic:
  - Male – 36%/ Female – 64%
     25% ages 35-44
- Promotions:
  - Monthly email campaigns
  - Coupon Availability
  - Certified by the National Association of Boards of Pharmacy (NABP) as a Verified Internet Pharmacy Practice Site (VIPPS)
- Walgreens Acquisition
  - In early 2011, Walgreens agreed to purchase drugstore.com for $429M
  - Acquisition makes drugstore.com a part of the US largest drug retailer
  - Signals Walgreens interest to take a leadership position in e-commerce
  - Walgreens expects the deal to be closed by mid-2011








184 Million Online Shoppers

10% of US retails sales are now online

The number of consumers researching or shopping online is steadily growing and will surpass 200 million by 2015



## U.S. consumers shopping online, 2009-2015

| | | |
| 250 | | |
| 200 | | |
| 150 | | |
| 100 | | |
| 50 | | |
| 0 | | |

163.1 — 85.0%
172.2 — 87.1%
178.5 — 87.5%
184.3 — 88.1%
189.6 — 88.7%
195.4 — 89.4%
201.1 — 90.1%

2009  2010  2011  2012  2013  2014  2015

Number of Shoppers in millions and % of internet users

Source: eMarketer, March 2011




- Online interactions and research influences more than half of total U.S. retail sales



- Web-influenced retail sales
- Online retail sales

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Web-influenced retail sales | $917 | $1,021 | $1,115 | $1,213 | $1,312 | $1,409 |
| Online retail sales | $155 | $173 | $192 | $210 | $230 | $249 |

US online and Web-influenced sales as a % of total sales

| 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| 42% | 46% | 48% | 50% | 51% | 53% |

Source: Forrester Research: "US Online Retail Forecast, 2010-2015," November 2010





- Internet will influence 50% of retail sales in 2012
- 29% increase on in-store sales when consumers are exposed to online advertising
- Internet advertising has surpassed newspaper ad revenues
  - Google brings in more ad revenue than all US print combined



"Every dollar spent online influences $5.77 spent in the store over the next 10 days"

Peter Sachse, CMO of Macy's and CEO of macys.com

Source: Forrester Research, comScore, Statista



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

## CPG Purchases Online

- 2012 online CPG purchases: $17 billion
- 60% used the internet for grocery shopping research
- 49% of internet users have purchased groceries online

## U.S. Online CPG Sales ($ Billions)

2006 - 2010 CAGR: 20% - 25%   2011 - 2014 CAGR: 25% - 30%



Source: comScore: State of the US Online Retail Economy in Q1 2011, Nielsen 8/12



HELPING **GREAT COMPANIES** DO **GREAT THINGS**



Reasons for Shopping Online
(Factors that Are "Very Important" – ShopperScape, July 2011)

| | |
|---|---|
| Free shipping | 78% |
| Lower prices | 71% |
| Convenience | 70% |
| Can browse at my leisure | 70% |
| Can shop any time, day or night | 68% |
| Large variety means I can get what I want | 63% |
| Free return shipping | 60% |
| Saves time | 57% |

Price

Convenience

Assortment

## Pricing critical, but shoppers are looking to save both time & money by shopping online

Source: Kantar Retail analysis, Kantar Retail ShopperScape®, July 2011, Compete – Fall 2011







# Average Transaction Size

Food & Beverage                                HBA





Source: Nielsen





" In global e-commerce, we will not just be competing. We will play to win."

"With our stores and low prices, we can really take advantage of mobile technology and this era of price transparency. We can combine our stores, our systems, and our logistics expertise into one continuous channel to drive growth and serve the Next Generation Customer around the world."

Mike Duke
President & CEO - Walmart Stores Inc.
June 3, 2011 Annual Shareholders Meeting



HELPING **GREAT COMPANIES** DO **GREAT THINGS**





"We do about a half billion dollars a year on the internet today, and we think the growth of the business can be multiples of 10, not index points"

Bob McDonald
Chairman, President & CEO
Procter & Gamble

*Compass* **MARKETING**
INCORPORATED

HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Shopper Communication
  - Unparalleled convergence of sales, marketing and advertising
  - Ability to target consumers demographically and behaviorally
  - Ability to communicate with shoppers at all points along path to purchase
    - Create interruption points to drive impulse
  - Substantial ability to show detailed product description, attributes, images and video, etc.
  - Recommendation engines deliver highly relevant content that consumers want to receive
  - Going beyond opt in—permission based marketing
- Logistics
  - Open 24/7
  - Unlimited selection
  - No slotting fees
  - No display rack and shipper expense
  - Free Shipping (nearly 50% purchases)
  - Instantaneous (one click) check-out
  - Hassel free checkout—no lines and stored credit information
  - Branded packaging opportunities--unboxing moments
  - Pre-purchase commitments





- Dual Marketing and Sales Environment
  - New Amazon audience extension program
    Buy now advertising across 40,000 sites
    - Ability to achieve brand goals and drive instant sales
  - Adjacent reviews impacting purchasing decisions
    - Amazon allows brands to comment on reviews and engage in dialog
    - Vine program allows reviews to populate before product launch
  - Fast growing- 15% YOY (3x traditional); 25% for CPG
  - Essential stop on path to purchase influencing 50% all retail sales
  - Multichannel partnerships w/ FDM customers- Walmart, Sam's, Costco, etc.
  - Structural and long-term advantages to those that invest early
  - Real-time market basket, category sales, shopper insights and consumer data
  - Dynamic merchandizing providing optimal consumer benefit





HELPING **GREAT COMPANIES** DO **GREAT THINGS**








































# amazon.com | E-RETAILER PROFILE

HELPING **GREAT COMPANIES**
DO **GREAT THINGS**



# " If it has a UPC code, Amazon will beat you."

*~Anonymous competitor*

Source: Chris Dixon's Blog





HELPING **GREAT COMPANIES** DO **GREAT THINGS**

# The Amazon Virtuous Cycle





- World's top e-tailer
  - $61B Revenue (2012)
    - 7x bigger than #2 ecommerce site Staples.com
  - 27% revenue growth in 2012
  - Fortune #56 in 2012
  - Worldwide active customer accounts exceeded 200 million +22% YoY

- 4% conversion rate
  - 91.6 million unique daily shoppers in US
- World's top product research hub
  - 30% of all product searches start at Amazon in US

- Amazon derives 33% of listings from 2,000,000 affiliate marketing reps called "Amazon Associates" and third-party sellers

Source: Internet Retailer, Amazon.com Investor Relations, Millward Brown, comscore, Compete, Kantar Retail



Shipped and Sold by Amazon.com:

    

Shipped and Sold by 3rd Party Seller:

   

Negative reviews and poor product page leads to negative brand impression






HELPING **GREAT COMPANIES** DO **GREAT THINGS**



Number of Amazon shoppers in consumables has grown
82% YOY

2%
September, 2010

3.6%
March, 2011

4%
September 2011

10%
December 2012

CPG Customer % By Product Group

■ Health & Personal Care ■ Beauty ■ Grocery ■ Baby

39%
30%
16%
15%

Source: Amazon Internal Data, US only – customers who made at least one purchase in Personal & Health Care, Beauty or Baby (CPG). US only – customers who made at least one purchase





Additional subsequent sales

**Improved**
Sales rank & positioning

**Direct**
Sales & customer reviews

**Boost**
Traffic & Searches

**Increase**
Product- & Brandawareness

**Start Advertising**

Source: Amazon Internal Data





Online Shelf

- Convergence of sales and marketing – earned media

- Rich content, A+ content – can by dynamic across multiple retailers

- Unlimited shelf space, but instead of slotting fees there are structural costs—recommendation engines, product placements, search engines
  - 6% of revenue back into marketing and rec engines



*A+ Detail Pages*



*Product Placement on the Virtual Shelf*

Source: Amazon Internal Data



Multi-Disciplined Approach to Success

- Targeting based on behavior, not just demographics

- Engage consumers when they are in-market

- Off-line impact of online effort

- Ability to take consumer out of decision making process--SNS

- Amazon Media Group Advertising Network

- SEO and paid search



*Subscribe & Save*

*Vendor Coupons*





*Recommendation Engines*



## Subscribe & Save attracts Amazon's best customers

- SnS customers are some of Amazon's most **valuable** customers

- SnS customers are some of Amazon's most **frequent** shoppers

- 7 X spending of an average Amazon.com customer
- 40 X consumables spending of an average Amazon.com customer

- 5 X frequency of an average Amazon.com customer



Compass **MARKETING**
INCORPORATED

HELPING **GREAT COMPANIES** DO **GREAT THINGS**




Best Practices

- Structural and long term advantages to those that invest early

- Appropriately fund unique opportunities

- Leverage investments to influence sales offline

- Merchandising Matters: 13% lift in COGS post merch implementation



*"Gluten Free" is second most searched term in Amazon Grocery. Added SEO terms to Kettle and participated in Gluten Free Month promotion. Sales are 3x per month higher today than when Compass was first engaged 10 months ago.*



## COMPASS ADVANTAGE
## PROTECTING THE BRAND



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

# Before:

















# After:







Add-on Program

- Compass partnered with Amazon to launch Add-on Store
- 30% of top 50 SKUs were Compass
- First successful movement of eaches on the web
- Increased velocity and right sizing





Nectresse Product Launch

- Vine preload
- AMG Campaign to drive awareness
  - 30% of AMG clicks read all reviews Combat Google problem, target right people
  - Same CTR as NYNY and 1.6x CPG average
- Cannibalization analysis
  - No overlap in alt purchase/item view pre purchase



Compass Creative Services created the Nectresse display advertising to launch the brand online, pageviews have increased 4x.

Source: Amazon Internal Data





## Item Detail Page Today

### Hero Quick Promo 18 Months Ago







*Targeted display ads, derived by analyzing market basket data, have resulted in 6x lift in the number of Splenda 400ct purchasers who have viewed Sugar in the Raw page and residual impact has resulted in Splenda branding on Sugar item detail page*

Source: Amazon Internal Data



- Compass Analysts maintain personas on slickdeals.net and other sites to drive organic traffic to J&J brands

- Recently built Visual Basic program to expedite gap analysis and replenishment status challenges





- By driving SNS participation, promotions have a long-term impact on sales

- The base is often reset higher

- Sales up 3.5x in fewer than two years



Splenda COGS

Source: Compass Research, Amazon Internal Data


Internet Packaging

- Cost savings to manufacturer, customer and retailer

- Better customer experience leads to better reviews

- More sales

- Stronger partnership with Amazon-- Merchandizing



| K-Cup Example | Traditional Package | Frustration-Free Package | Savings / Change |
|---|---|---|---|
| Package Weight | .55 | .45 | 17% |
| Number of Pack. Pieces | 4 | 1 | 75% |
| Shippable Packaging | No | Yes | Overbox |

Costs of Prep
- Bagging $.44
- Bubble Wrap $.70
- Boxing $1.20
- Stickering $.24

Source: Amazon Internal Data




amazon.com
IN THE UNITED STATES
AMAZON CORPORATE HEADQUARTERS
AMAZON FRESH HQ & FULFILLMENT CENTER
AMAZON FULFILLMENT CENTERS
FUTURE FULFILLMENT CENTERS
FULFILLMENT CENTERS WITH GROCERY
FULFILLMENT CENTER OPENINGS BY YEAR
1997: 2
1999: 6
2000: 1
2003: 1
2005: 3
2006: 1
2007: 3
2008: 5
2010: 3
2011: 9
2012: 7
2013: 2 (PLANNED AS OF JULY 2012)
* TOTAL # OF OPENINGS DOES NOT MATCH NUMBER OF LOCATIONS ON MAP DUE TO CLOSINGS

**WINNING PROFILE I amazon**.com
LEVERAGING ANALYTICS

HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Market Basket
- Page Views
- Conversion
- Trends vs Category

- Trends vs Competitors
- Category Share
- Geographic Sales
- Real-time Sales

- Item View Pre-purchase
- Search Terms
- Alternate Purchase

Pageviews up 230%

Uniques up 375%

Sales up 45%

Conversion percentile 93%





- Thanksgiving Day
  - Online sales increased 32% to 633 million
- Black Friday
  - Online sales increased 26% to $1.024 billion
- Cyber Monday
  - 17% increase in online sales to $1.98 billion
  - Sales from mobile devices, including tablets, is now 30% (17% in 2011)
  - 52% increase in Amazon sales

Sources: comScore, Bloomberg, CNBC, TechCrunch, Reuters, Adobe, Channel Advisor



**WHAT'S NEXT**

HELPING **GREAT COMPANIES**
DO **GREAT THINGS**



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- US Mobile Commerce sales grew 91% to $6.7 billion in 2011
- 80% of smartphone users shopped with their phone in July 2012
  – Amazon accounted for 50% of the traffic



## Price Check for iPhone and Android
Is that deal really a deal? Take Price Check by Amazon with you to make sure.



### Get extra savings on December 10
Get a 5% discount (up to $5) on select items in electronics, toys, sports, music, and DVDs, just by checking a price. Redeem this offer up to (3) times - a savings of up to $15. Just look for the "Get deal" button on qualifying products.

### Check prices instantly: Scan It, Snap It, Say It or Type It
Use barcode scanning, camera, speech or text search to find the lowest prices from Amazon.com and our merchants.

### Share in-store prices
With every in-store price you share, you help ensure our prices remain competitive for our customers.

Download the free Price Check app to get started
If you're already a Price Check user, simply download the latest version.




Download from the Amazon Appstore for Android


Search for "Price Check by Amazon" in the Android Market

Source: eMarketer, Dec 2011; Amazon, Internet Retailer



Amazon Grocery

- Recipes
- Triggers on grills, cooking items
- B2B/Food Service
- Targeted, opt-in sampling
- Basket building for holidays— virtual bundles
- Rich content, html and videos
- Targeting key demos, ie Moms, students



Source: Amazon Internal Data



WHAT'S NEXT I



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

Amazon Fresh

- Full line home grocery service to 1.5mm Seattle residents
- Own fleet of Amazon trucks
- Convenience Driven—pre dawn is most popular delivery option.
- 14% of orders are via mobile
  - 40 second goal
- 40 software developers on staff and plan to double this year
- Aggressive expansion planned





Source: Amazon Internal Data





HELPING **GREAT COMPANIES** DO **GREAT THINGS**

Amazon Fresh Recipe Initiative

- Custom to the user

- Basket building

- Quick meals

- Instant adds to the cart



Source: Amazon Internal Data

Amazon Supply

- Aimed at business, scientific, food service, and commercial customers

- More than 500,000 items, same shipping terms as .com, offers lines of credit

- Will be implementing SNS, product accessibility by customer, contract pricing

- Fastest growing category in Amazon, contractual pricing by end of year, EDI punch out done by this year.

Source: Amazon Internal Data



Amazon Marketing
Services

- Brand stores just launched
- Compass was pre-launch partner and provided recommendations to product manager
- Convergence of sales and marketing
- Couponing and ad platforms still to launch









Source: Amazon Internal Data






Source: Amazon Internal Data



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

## Product Placement

- ID Key Retailers
- HQ Buyer Assessment
- Category Assessment(s)
- Product Registration
  - Dimensions
  - Descriptions
  - Images
  - Unique Attributes
  - ID Potential MSRP--Bundling
- Merchandising
  - Category Placement
  - Information Architecture
  - SEO
  - Adjacency
- Develop Digital Planogram

## Promotion

- Category Analysis
- Demographic Assessment
- Calendar Alignment
- Targeting Options
  - Behavioral
  - Demographic
  - Search
  - Retargeting
  - Geography
  - E-mail Follow-Up
  - Market basket
  - Browse History
- A/B Test & Learn
- Purchase Subscription
- Seed Reviews (Vine)
- Social Media Tie-in
- Mobile Media Opportunities

## Analytics

- Market Basket
- Search Terms
- Alternate Purchases
- Pre Purchase Views
- Compare to FDM
- Page Views
- Conversions
- Geographic
- Inventory projections
- Index Sales and Conversions to Category
- Competitor Comparisons

## Customer Service

- Inventory Management
- PO Management
- Fulfillment Management
- Invoice Reconciliation
- Implement Price Increases
- Co-op Agreements
- Deduction Reconciliation
- Invoicing Support
- ASN Support
- Shipping Logistics
- Vendor Scorecard Management
- Supply Chain Logistics



# CLIENT SUCCESSES

HELPING **GREAT COMPANIES**
DO **GREAT THINGS**



- Open new and create new points of distribution for new trial & travel products from Tide, Pringles, Crest, Scope and Gillette.



## 84,142 New Doors

   

- Pringles
  - Number of Doors – 20,07

- Tide to Go
  - Number of Doors – 7,773

  

- Duracell
  - Number of Doors – 16,257

- Trial Size/HBC
  - Number of Doors – 40,040

 

*42% Growth in Number of Doors!*



# Convince Lowe's to add Consumer Products.







HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- 1,710 Locations



**HBA POG**
2 Locations by 2 high velocity registers
(shelf image may not be correct)



| POG from Left to Right | Description | Manufacturer Name |
|---|---|---|
| 1 | ADVIL VIAL 10PC PEG 12CT-015110 | PFIZER |
| 2 | TYLENOL ES GO PACK 6PC 6CT-044406 | JOHNSON AND JOHNSON |
| 3 | ALEVE TABLET 10PC VIAL PEG 6CT-53935 | BAYER HEALTHCARE |
| 4 | CLARITIN ALLERGY 10MG 5PC 6CT-80317 | MERCK |
| 5 | ZYRTEC ALLERGY 24HR 3PC- 6CT 020443 | JOHNSON AND JOHNSON |
| 6 | ALKA SELTZER PLS COUGH COLD LIQ GEL 10CT-54264 | BAYER HEALTHCARE |
| 7 | HALLS STICK CHERRY 9PC 20CT-6247600 | CADBURY ADAMS |
| 8 | PEPTO BISMOL ORIG CHEWABLE 12PC 8CT-32040 | PROCTER AND GAMBLE |
| 9 | TUMS ULTRA ASSRT BERRY ROLL 12CT-074670 | GLAXOSMITHKLINE |
| 10 | J&J FIRST AIDE TRAVEL KIT 6CT-008295 | JOHNSON AND JOHNSON |
| 11 | NEOSPORIN OTG .5OZ - 6CT 23740 | JOHNSON AND JOHNSON |
| 12 | BLISTEX MEDICATED LIP SPF15 CARD .15OZ 24CT-83120 | BLISTEX |
| 13 | VISINE OTG ADVANCE RELIEF .28OZ - 6CT 08146 | JOHNSON AND JOHNSON |



**CLIENT SUCCESSES**



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Pro-Contractor Set located at checkout (Mars 15 items, Kellogg's 9 items, J&J 1 item, Diamond Foods 1 item, P&G 1 item)





 



- # Space Management Services
  - Maintain all 3 POG software systems
    - SpaceMan, SpacePlan-JDA, Apollo
  - Output in all 3 Formats



- # Image Merchandising Solutions
  - Pre-printed shelf strips/peg tags displaying product images and/or price stickers.
  - Help maintain POG compliance by visually displaying proper shelf spacing and placement.



# Image Merchandising Solutions

The turn-key solution that delivers the value of images in the store.















From: Lisa Shapiro [mailto:lsshpr@yahoo.com]
Sent: Tuesday, February 02, 2010 9:18 AM
To: John Adams
Subject:

John:

Compass Marketing is the Category Captain of the Health and
Beauty section for Barnes & Noble College Booksellers.
Thank you for all your support!!

Lisa M. Shapiro
Merchandise Manager, Food and Beverage











From: Shea Shedeed
[mailto:sshedeed@thesportsauthority.com]
Sent: Monday, February 08, 2010 11:57 AM
To: Jim Wenz
Subject: RE: front end POG

YES, YOU ARE MY CATEGORY CAPTAIN and I thus, I am requesting your assistance in my front-end renovation project.

# BECAUSE WE …



HELPING **GREAT COMPANIES** DO **GREAT THINGS**

- Have over 300 years of combined Consumer Product Goods industry experience.
- Have and seek out relationships with our customer's senior management (i.e. Staples, QVC, OfficeMax, Hudson News).
- Are often designated as category captains for Consumer Product Goods by our customers.
- Have a full-service marketing department.
- Are uniquely positioned to leverage each customer's business units because of our many clients and customer knowledge and expertise.
- Understand the complexity of our customers and develop unique logistical solutions.

  We know the ins/outs of our customer's routing guides, ordering processes, distribution processes, hierarchy, labeling requirements, special pack sizes, promotions, unique payment terms, credit applications.
- Represent a growing and diverse bag of key CPG Brands that our customers know and respect and <u>need</u>.
- Call on our customers every month and often host Vendor Days at Compass.









# THANK YOU!

