# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COMPASS MARKETING, INC.<br>105 Eastern Avenue<br>Annapolis, Maryland 21403<br>(Anne Arundel County),<br><br>   *Plaintiff*,<br> v.<br><br>FLYWHEEL DIGITAL LLC<br>1249 Algonquin Road<br>Crownsville, Maryland 21032<br>(Anne Arundel County),<br><br>JAMES COLUMBUS "CHIP" DIPAULA, JR.<br>11 Devon Hill Rd, Unit 4B<br>Baltimore, Md 21210<br>(Baltimore County),<br><br>PATRICK MILLER<br>743 Bywater Road<br>Gibson Island, Md 20008<br>(Anne Arundel County),<br><br>DANIEL WHITE<br>21900 Fairway Drive<br>Leonardtown, Maryland 20659<br>(St. Mary's County),<br><br>MICHAEL WHITE<br>39650 Hiawatha Circle<br>Mechanicsville, Maryland 20659<br>(St. Mary's County),<br><br>GEORGE WHITE<br>15125 Woodville Road<br>Waldorf, Maryland 20601<br>(Charles County), and | Case Number: 22-cv-00379 |

| | |
|---|---|
| ASCENTIAL PLC,<br>The Prow, 1 Wilder Walk, London, England<br>W1B 5AP.<br><br>        *Defendants*. | :<br>:<br>:<br>:<br>: |

## **COMPASS MARKETING, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Plaintiff Compass Marketing, Inc. ("Compass") hereby confirms that as a nongovernmental corporate party in the above listed civil action, it does not have a parent corporation nor does it have a publicly held corporation that owns 10% or more of its stock.

Dated: February 14, 2022        Respectfully submitted,

                                        */s/ Steven A. Luxton, Esq.*
                                        Steven A. Luxton, Esq.