# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COMPASS MARKETING, INC.<br>105 Eastern Avenue<br>Annapolis, Maryland 21403<br>(Anne Arundel County),<br><br>*Plaintiff*,<br><br>v.<br><br>FLYWHEEL DIGITAL LLC<br>1801 Porter St Suite 300<br>Baltimore, MD 21230<br>(Anne Arundel County),<br><br>JAMES COLUMBUS "CHIP" DIPAULA, JR.<br>11 Devon Hill Rd, Unit 4B<br>Baltimore, Md 21210<br>(Baltimore County),<br><br>PATRICK MILLER<br>743 Bywater Road<br>Gibson Island, Md 20008<br>(Anne Arundel County),<br><br>DANIEL WHITE<br>21900 Fairway Drive<br>Leonardtown, Maryland 20659<br>(St. Mary's County),<br><br>MICHAEL WHITE<br>39650 Hiawatha Circle<br>Mechanicsville, Maryland 20659<br>(St. Mary's County),<br><br>GEORGE WHITE<br>15125 Woodville Road<br>Waldorf, Maryland 20601<br>(Charles County), and<br><br>ASCENTIAL PLC,<br>The Prow, 1 Wilder Walk, London, England<br>W1B 5AP.<br><br>*Defendants*. | Case Number: 1:22-cv-00379 |

## STIPULATION REGARDING DEADLINE FOR DEFENDANTS FLYWHEEL, ASCENTIAL, DIPAULA, AND MILLER TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Compass Marketing, Inc. ("Compass") and Defendants Flywheel Digital LLC ("Flywheel"), Ascential PLC ("Ascential"), James Columbus "Chip" DiPaula Jr. ("DiPaula"), and Patrick Miller ("Miller") hereby stipulate to forty-six (46) days, up to and including April 4, 2022, for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint, and state as follows:

1. On February 14, 2022, Plaintiff filed a complaint against Defendants Flywheel, Ascential, DiPaula, and Miller, among others (ECF 1).[1]

2. Defendants Flywheel, Ascential, DiPaula, and Miller accepted service of the Complaint through waiver of service of summons on February 16, 2022.

3. The parties stipulate and agree that Defendants Flywheel, Ascential, DiPaula, and Miller have forty-six (46) days, until April 4, 2022, to answer, move, or otherwise respond to Plaintiff's Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel and subject to the approval of the Court, that Defendants Flywheel, Ascential, DiPaula, and Miller shall have up to and including April 4, 2022 to answer, move, or otherwise respond to Plaintiff's Complaint.

| | |
|---|---|
| Dated: February 18, 2022 | Respectfully submitted, |
| **MORGAN, LEWIS & BOCKIUS LLP** | **VENABLE LLP** |
| | |
| */s/ Steven A. Luxton, Esq.* | */s/ G. Stewart Webb, Jr., Esq.* |
| Steven A. Luxton, Esq. | G. Stewart Webb, Jr., Esq. |

---

[1] The other defendants which are not party to the instant motion are Michael White, Daniel White, and George White.

1111 Pennsylvania Avenue
7th Floor
Washington, DC 20004-2541
steven.luxton@morganlewis.com
T. (202) 739-5559
F. (202) 739-3001

*Attorneys for Plaintiff Compass Marketing, Inc.*

(Bar No. 00828)
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202
gswebb@venable.com
T. (410) 244-7565
F. (410) 244-7742

Michael C. Keats., Esq.
**FRIED, FRANK, HARRIS SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
michael.keats@friedfrank.com
T. (212) 859-8914
F. (212) 859-4000

*Attorneys for Flywheel Digital, Ascential, James DiPaula and Patrick Miller*

SO ORDERED.

Dated:

_____
The Honorable James K. Bredar, Chief Judge