# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:22-cv-00379-JKB |
| FLYWHEEL DIGITAL LLC, *et al.* | * | |
| Defendants | * | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this case as counsel for Defendants Ascential plc, Flywheel Digital LLC, James Columbus "Chip" DiPaula, Jr. and Patrick Miller. I certify that I am admitted to practice in this Court.

Date: April 1, 2022

                                                                                                        _____/s/_____
                                                                                                          Anthony J. Vitti, Jr.
                                                                                                          Federal Bar No. 21293
                                                                                                          VENABLE LLP
                                                                                                          750 E. Pratt Street
                                                                                                          Suite 900
                                                                                                          Baltimore, Maryland 21202
                                                                                                          Email: ajvitti@venable.com
                                                                                                          Telephone: 410-244-7565
                                                                                                          Fax: 410-244-7742

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2022, I electronically filed the foregoing Entry of Appearance with the Court and used the CM/ECF system to serve all counsel of record.

                                                                                       _____/s/_____
                                                                                        Anthony J. Vitti, Jr.

47753972-v1