IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Case No. 1:22-cv-00379-JKB |
| | : | |
| FLYWHEEL DIGITAL LLC, *et al*. | : | |
| | : | |
| Defendants | : | |
| | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter the appearance of Bruce L. Marcus, Esquire, as counsel for Defendant Daniel White in the above-captioned matter.

Respectfully submitted,

MARCUSBONSIB, LLC

/s/ *Bruce L. Marcus*
Bruce L. Marcus, Esquire
Bar No.: 06341
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
(301) 441-3003 (facsimile)
bmarcus@marcusbonsib.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of April, 2022, copies of the foregoing were filed and served on all counsel of record via CM/ECF.

/s/ *Bruce L. Marcus*
Bruce L. Marcus