**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Case No. 1:22-cv-00379-JKB |
| | : | |
| FLYWHEEL DIGITAL LLC, *et al*. | : | |
| | : | |
| Defendants | : | |
| | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Sydney M. Patterson, Esquire, as counsel for Defendant Daniel White in the above-captioned matter.

                                        Respectfully submitted,

                                        MARCUSBONSIB, LLC

                                        /s/ *Sydney M. Patterson*
                                        Sydney M. Patterson, Esquire
                                        Bar No.: 19036
                                        6411 Ivy Lane, Suite 116
                                        Greenbelt, Maryland 20770
                                        (301) 441-3000
                                        (301) 441-3003 (facsimile)
                                        spatterson@marcusbonsib.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2022, copies of the foregoing were filed and served on all counsel of record via CM/ECF.

                                          /s/ *Sydney M. Patterson*
                                          Sydney M. Patterson