IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Case Number: 1:22-cv-00379 |
| v. | : | |
| | : | |
| FLYWHEEL DIGITAL, LLC, *et al.* | : | |
| | : | |
| *Defendants.* | : | |

**STIPULATION REGARDING DEADLINE FOR DEFENDANTS MICHAEL WHITE
AND GEORGE WHITE TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Compass Marketing, Inc. ("Compass") and Defendants Michael White and George White (together, "Michael and George") hereby stipulate that Michael and George shall have until April 20, 2022 to answer, move, or otherwise respond to Plaintiff's Complaint, and state as follows:

1. On February 14, 2022, Plaintiff filed a complaint against Michael and George, among others. (ECF 1).[1]

2. Michael and George were personally served on February 16, 2022.

3. The parties previously stipulated and agreed that Michael and George will have until April 15, 2022 to answer, move, or otherwise respond to Plaintiff's Complaint. (ECF 16).

4. The parties now have stipulated and agreed that Michael and George shall have until April 20, 2022, to answer, move, or otherwise respond to Plaintiff's Complaint.

---

[1] The other defendants which are not parties to the instant motion are Flywheel Digital LLC, Ascential PLC, James Columbus "Chip" DiPaula, Jr., Patrick Miller, and Daniel White.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel and subject to the approval of the Court, that Defendants Michael White and George White shall have up to and including April 20, 2022 to answer, move, or otherwise respond to Plaintiff's Complaint.

| | |
|---|---|
| Dated: April 13, 2022 | Respectfully submitted, |

**MORGAN, LEWIS & BOCKIUS LLP**   **STEIN SPERLING**

*/s/ Troy S. Brown, Esq.*
Troy S. Brown, Esq. (PHV)
1701 Market Street
Philadelphia, PA 19103
troy.brown@morganlewis.com
T. (215) 963-5214
F. (215) 963-5001

*/s/ Jeffrey M. Schwaber*
Jeffrey M. Schwaber (Fed. Bar No. 06095)
Judith G. Cornwell (Fed. Bar No. 20777)
1101 Wootton Parkway
Suite 700
Rockville, Maryland 20852
jschwaber@steinsperling.com
T. (301) 838-2020
F. (301) 354-8110

SO ORDERED.

Dated:

_____
The Honorable James K. Bredar, Chief Judge