IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Case Number: 1:22-cv-00379 |
| v. | : | |
| | : | |
| FLYWHEEL DIGITAL, LLC, *et al.* | : | |
| | : | |
| *Defendants.* | : | |

## STIPULATION REGARDING DEADLINE FOR DEFENDANTS MICHAEL WHITE AND GEORGE WHITE TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Compass Marketing, Inc. ("Compass") and Defendants Michael White and George White (together, "Michael and George") hereby stipulate that Michael and George shall have until April 20, 2022 to answer, move, or otherwise respond to Plaintiff's Complaint, and state as follows:

1. On February 14, 2022, Plaintiff filed a complaint against Michael and George, among others. (ECF 1).[1]

2. Michael and George were personally served on February 16, 2022.

3. The parties previously stipulated and agreed that Michael and George will have until April 15, 2022 to answer, move, or otherwise respond to Plaintiff's Complaint. (ECF 16).

4. The parties now have stipulated and agreed that Michael and George shall have until April 20, 2022, to answer, move, or otherwise respond to Plaintiff's Complaint.

---

[1] The other defendants which are not parties to the instant motion are Flywheel Digital LLC, Ascential PLC, James Columbus "Chip" DiPaula, Jr., Patrick Miller, and Daniel White.

8863725_1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel and subject to the approval of the Court, that Defendants Michael White and George White shall have up to and including April 20, 2022 to answer, move, or otherwise respond to Plaintiff's Complaint.

Dated: April 13, 2022                                   Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**                         **STEIN SPERLING**

*/s/ Troy S. Brown, Esq.*                               */s/ Jeffrey M. Schwaber*
Troy S. Brown, Esq. (PHV)                               Jeffrey M. Schwaber (Fed. Bar No. 06095)
1701 Market Street                                      Judith G. Cornwell (Fed. Bar No. 20777)
Philadelphia, PA 19103                                  1101 Wootton Parkway
troy.brown@morganlewis.com                              Suite 700
T. (215) 963-5214                                       Rockville, Maryland 20852
F. (215) 963-5001                                       jschwaber@steinsperling.com
                                                        T. (301) 838-2020
                                                        F. (301) 354-8110


SO ORDERED.

Dated:  April 13, 2022


_____/s/_____
George L. Russell, III
United States District Judge

8863725_1