IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COMPASS MARKETING, INC.<br><br>　　*Plaintiff*,<br>v.<br><br>FLYWHEEL DIGITAL LLC<br>*et al.*<br><br>　　*Defendants*. | Case No. 1:22-cv-00379-JKB |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Mark S. Brown as counsel for Plaintiff Compass Marketing, Inc. in the above captioned matter. I certify that I am admitted to practice in this Court.

DATED: April 14, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Mark S. Brown*
　　　　　　　　　　　　　　　　　　　　Mark S. Brown
　　　　　　　　　　　　　　　　　　　　(Federal Bar No.: 09100)
　　　　　　　　　　　　　　　　　　　　**King & Spalding LLP**
　　　　　　　　　　　　　　　　　　　　1700 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　Washington DC 20006-4707
　　　　　　　　　　　　　　　　　　　　Telephone: 202-626-5443
　　　　　　　　　　　　　　　　　　　　Email: mbrown@kslaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Compass Marketing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.

>／s／ *Mark S. Brown*
>Mark S. Brown
>(Federal Bar No.: 09100)
>**King & Spalding LLP**
>1700 Pennsylvania Avenue, NW, Suite 900
>Washington DC 20006-4707
>Telephone: 202-626-5443
>Email: mbrown@kslaw.com
>
>*Counsel for Compass Marketing, Inc.*