IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COMPASS MARKETING, INC.,<br><br>    *Plaintiff*,<br>v.<br><br>FLYWHEEL DIGITAL LLC,<br>*et al.*,<br><br>    *Defendants*. | Case No. 1:22-cv-00379-GLR |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Rod J. Rosenstein as counsel for Plaintiff Compass Marketing, Inc. in the above captioned matter. I certify that I am admitted to practice in this Court.

DATED: April 15, 2022

                                            Respectfully submitted,

                                            */s/ Rod J. Rosenstein*
                                            Rod J. Rosenstein (Bar No. 14793)
                                            **King & Spalding LLP**
                                            1700 Pennsylvania Avenue, NW
                                            Suite 900
                                            Washington DC 20006-4707
                                            Telephone: 202-626-9220
                                            Fax: 202-626-3737
                                            Email: rrosenstein@kslaw.com

                                            *Counsel for Compass Marketing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.

/s/ *Rod J. Rosenstein*
Rod J. Rosenstein (Bar No. 14793)