# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| COMPASS MARKETING, INC.<br><br>Plaintiff,<br><br>v.<br><br>FLYWHEEL DIGITAL LLC, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00379-GLR |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as co-counsel for Defendants, James C. DiPaula, Jr. and Patrick Miller, only. The undersigned should be designated as notice counsel.

/s/ *David B. Hamilton*
David B. Hamilton (Bar No. 04308)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(t) (410) 545-5800
(f) (410) 545-5801
David.Hamilton@wbd-us.com

*Attorneys for Defendants,*
*James C. DiPaula, Jr. and Patrick Miller*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2022, copies of the foregoing, were filed and served upon all counsel of record via CM/ECF.

/s/ *David B. Hamilton*
David B. Hamilton (Bar No. 04308)