**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| **COMPASS MARKETING, INC.** <br><br> Plaintiff, <br><br> v. <br><br> **FLYWHEEL DIGITAL LLC**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-00379-GLR |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as co-counsel for Defendants, James C. DiPaula, Jr. and Patrick Miller, only. The undersigned should be designated as notice counsel.

/s/ *Sarah E. Meyer*
Sarah E. Meyer (Bar No. 29448)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(t) (410) 545-5800
(f) (410) 545-5801
Sarah.Meyer@wbd-us.com

*Attorneys for Defendants,*
*James C. DiPaula, Jr. and Patrick Miller*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2022, copies of the foregoing, were filed and served upon all counsel of record via CM/ECF.

/s/ *Sarah E. Meyer*
Sarah E. Meyer (Bar No. 29448)