# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTICT OF MARYLAND

| | |
|---|---|
| COMPASS MARKETING, INC. : | |
| : | |
| Plaintiff : | |
| v. : | Case No. 1:22-cv-00379-JKB |
| : | |
| FLYWHEEL DIGITAL LLC, *et al*. : | |
| : | |
| Defendants : | |
| : | |

## **DEFENDANT DANIEL WHITE'S MOTION TO DISMISS**

Defendant Daniel J. White, by and through counsel, Bruce L. Marcus, Esquire, Sydney M. Patterson, Esquire, and MarcusBonsib, LLC, hereby files this Motion to Dismiss Plaintiff's Complaint and respectfully moves for an order dismissing with prejudice all claims asserted against Daniel White. In support his Motion to Dismiss, Daniel White refers to the arguments set forth in the attached Memorandum of Law in Support of the Motion to Dismiss, which is incorporated herein by reference.

Respectfully submitted,

MARCUSBONSIB, LLC

  /s/ *Bruce L. Marcus*
Bruce L. Marcus (Bar No. 06341)
Sydney M. Patterson (Bar No. 19036)
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
Telephone: (301) 441-3000
Fax: (301) 441-3004
bmarcus@marcusbonsib.com
spatterson@marcusbonsib.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 25th day of April, 2022, copies of the foregoing Motion to Dismiss, supporting memorandum of law, and proposed order were electronically filed and served on all counsel of record via CM/ECF.

                                                  /s/ *Bruce L. Marcus*
                                                  Bruce L. Marcus