# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF MARYLAND

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Case No. 1:22-cv-00379-JKB |
| | : | |
| FLYWHEEL DIGITAL LLC, *et al*. | : | |
| | : | |
| Defendants | : | |
| | : | |

**ORDER**

Upon consideration of the Motion to Dismiss filed by Defendant Daniel White, it is this

\_\_\_\_\_ day of _____, 2022, hereby

ORDERED, that Daniel White's Motion to Dismiss (ECF \_\_\_) be and hereby is, GRANTED; and it is further

ORDERED, that all claims against Daniel White are dismissed with prejudice.

_____
Hon. George L. Russell, III
United States District Judge