IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:22-CV-00379 |
| | : | Judge George Levi Russell, III |
| FLYWHEEL DIGITAL, LLC, *et al.* | : | |
| | : | |
| Defendants | : | |

**DEFENDANTS MICHAEL WHITE AND GEORGE WHITE'S REQUEST FOR
<u>HEARING ON MOTION TO DISMISS</u>**

Defendants Michael White and George White, by and through counsel, Jeffrey M. Schwaber, Judith G. Cornwell, and Stein Sperling Bennett De Jong Driscoll PC, pursuant to Local Rule 105.6, hereby request a hearing on Defendants Michael White and George White's Motion to Dismiss filed on April 25, 2022.

                                                    Respectfully submitted,

                                                    STEIN SPERLING BENNETT
                                                    DE JONG DRISCOLL PC

                                                    _____/s/ Jeffrey M. Schwaber_____
                                                    Jeffrey M. Schwaber (Bar ID 06095)
                                                    jschwaber@steinsperling.com
                                                    Judith G. Cornwell (Bar ID 20777)
                                                    jcornwell@steinsperling.com
                                                    (301) 354-8131 (facsimile)
                                                    1101 Wootton Parkway, Suite 700
                                                    (301) 340-2020

                                                    *Attorneys for Michael White and George White*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 26th day of April, 2022, copies of the foregoing was electronically filed and served on all counsel of record via CM/ECF.

   /s/ *Jeffrey M. Schwaber*
Jeffrey M. Schwaber