IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COMPASS MARKETING, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-22-379 |
| FLYWHEEL DIGITAL, LLC, et al., | * | |
| Defendants. | * | |

\*\*\*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of February, 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendants Flywheel Digital, LLC, James Columbus DiPaula, Jr., Patrick Miller, and Ascential, PLC's Motion to Dismiss (ECF No. 23), Defendants Michael White and George White's Motion to Dismiss (ECF No. 41), and Defendant Daniel White's Motion to Dismiss (ECF No. 42) (collectively, the "Motions") are GRANTED as to the federal law counts, Counts I, III, and IV;

IT IS FURTHER ORDERED that Counts I, III, and IV are DISMISSED;

IT IS FURTHER ORDERED that the Court DECLINES to exercise supplemental jurisdiction over the remaining state law counts, Counts II, V–XXIII;

IT IS FURTHER ORDERED that Counts II, V–XXIII are DISMISSED, but may be raised in state court; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

/s/
George L. Russell, III
United States District Judge