IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **COMPASS MARKETING, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case Number: 1:22-cv-00379-GLR |
| § | |
| **FLYWHEEL DIGITAL LLC,** *et al.*, § | |
| § | |
| **Defendants.** § | |
| § | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1)(A), Plaintiff Compass Marketing, Inc. ("Compass") appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on February 24, 2023 (D.I. 64, 65).

Dated: March 24, 2023                     Respectfully submitted,

/s/ *Steven A. Luxton, Esq.*
Steven A. Luxton, Esq. (MD Bar No. 9812160173)
Natalie A. Bennett, Esq. (admitted *pro hac vice*)
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue
7th Floor
Washington, DC 20004-2541
steven.luxton@morganlewis.com
natalie.bennett@morganlewis.com
T. (202) 739-5559
F. (202) 739-3001

Troy S. Brown, Esq. (admitted *pro hac vice*)
Rachel A. Ward, Esq. (admitted *pro hac vice*)
**Morgan, Lewis & Bockius LLP**
1701 Market Street

Philadelphia PA 19103
troy.brown@morganlewis.com
rachel.ward@morganlewis.com
T. (215) 963-5000
F (215) 963-5001

James J. Kritsas, Esq. (admitted *pro hac vice*)
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60606
james.kritsas@morganlewis.com
T. (312) 324-1000
F. (312) 324-1001

Susan K. Stradley, Esq. (admitted *pro hac vice*)
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street
Suite 4000
Houston, TX 77002
susan.stradley@morganlewis.com
T. (713) 890-5000
F. (713) 890-5001
*Counsel for Plaintiff Compass Marketing, Inc.*