FILED: March 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1324
(1:22-cv-00379-GLR)

_____

COMPASS MARKETING, INC.

      Plaintiff - Appellant

v.

FLYWHEEL DIGITAL LLC; JAMES COLUMBUS DIPAULA, JR.; PATRICK MILLER; DANIEL J. WHITE; MICHAEL WHITE; GEORGE WHITE; ASCENTIAL PLC

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:22-cv-00379-GLR |
| Date notice of appeal filed in originating court: | 03/24/2023 |
| Appellant(s) | Compass Marketing, Inc. |
| Appellate Case Number | 23-1324 |
| Case Manager | Rachel Phillips<br>804-916-2702 |