**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

COMPASS MARKETING, INC.,
     Plaintiff,

v.                                    Civil Action No. 1:22-cv-00379-GLR

FLYWHEEL DIGITAL LLC, et al.,
     Defendants.

**NOTICE BY CUSTODIAN PENDENTE LITE OF
CORPORATE AUTHORITY AND DISAVOWAL OF CLAIMS
AGAINST FLYWHEEL DIGITAL LLC, ASCENTIAL PLC,
JAMES C. DIPAULA, JR., AND PATRICK MILLER**

Daniel J. White, Esq., Custodian *pendente lite* of Compass Marketing, Inc., a Virginia corporation ("Compass"), respectfully submits this Notice to inform the Court, the parties, and their counsel that, as of May 1, 2026, authority over Compass and its litigation rests solely with the Custodian pursuant to an order entered by the Circuit Court for Arlington County, Virginia, in *Michael R. White, et al. v. Compass Marketing, Inc.*, No. CL21004012-00.

A certified copy of that order is attached as Exhibit A. The order vests the Custodian with authority over Compass's assets, records, contracts, and pending and prior litigation, and provides that no person other than the Custodian is authorized to act for Compass.

On June 8, 2026, the Circuit Court for Arlington County denied motions by John White challenging the Custodian's appointment, deemed those motions frivolous, and prohibited him from docketing further motions without leave of court. The Custodian's authority is not subject to any pending challenge.

This action was filed on February 14, 2022, by individuals and counsel who then purported to act for Compass. On February 24, 2023, the Court entered an order dismissing all claims. See ECF Nos. 64 (Memorandum Opinion), 65 (Order). On July 3, 2024, the United States Court of Appeals for the Fourth Circuit affirmed the dismissal in No. 23-1324, denied Compass's petition for rehearing and rehearing en banc on September 30, 2024, and issued its mandate on October 8, 2024. Judgment in this action is final.

1

Having reviewed this action in his fiduciary capacity, including the Compass books, records, communications, and financial accounts, the Custodian states that Compass lacked a factual or legal basis to assert any claims against Flywheel Digital LLC, Ascential PLC, James C. DiPaula, Jr., or Patrick Miller. The claims asserted against them in Compass's name were without merit. The Custodian will not ratify, renew, or seek to revive such claims and authorizes no person to assert these or similar claims in the name of Compass Marketing, Inc.

The Custodian does not seek any relief from the Court by this Notice.


Respectfully submitted,

/s/ Daniel J. White
Daniel J. White
D. Md. Bar No. 21937
P.O. Box 1760
Leonardtown, MD 20650
(240) 298-8156
danieljwhite@msn.com
Custodian *pendente lite* for Compass Marketing, Inc.
(appearing in his fiduciary capacity)


## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I filed the foregoing Notice with the Clerk of the Court through the Court's CM/ECF system, and that I additionally served a copy by electronic mail on the following counsel who appeared in this action:

Steven A. Luxton (steven.luxton@morganlewis.com), James J. Kritsas (james.kritsas@morganlewis.com), Michael J. Ableson (michael.ableson@morganlewis.com), Natalie A. Bennett (natalie.bennett@morganlewis.com), Rachel A. Ward (rachel.ward@morganlewis.com), Susan K. Stradley (susan.stradley@morganlewis.com), and Troy S. Brown (troy.brown@morganlewis.com), Morgan, Lewis & Bockius LLP; Mark S. Brown (mbrown@kslaw.com), King & Spalding LLP; Rod J. Rosenstein (rodrosenstein@msn.com), Baker McKenzie; and Stephen B. Stern

2

(stern@kaganstern.com), Michael J. Marinello (marinello@kaganstern.com), and Meagan C. Borgerson (borgerson@kaganstern.com), Kagan Stern Marinello & Beard, LLC;

For Flywheel Digital LLC, Ascential PLC, James C. DiPaula, Jr., and Patrick Miller: Michael C. Keats (michael.keats@friedfrank.com) and Rebecca L. Martin (rebecca.martin@friedfrank.com), Fried, Frank, Harris, Shriver & Jacobson LLP;

For Flywheel Digital LLC and Ascential PLC: Tonya Kelly Cronin (tykelly@bakerdonelson.com) and Alison C. Schurick (aschurick@bakerdonelson.com), Baker, Donelson, Bearman, Caldwell & Berkowitz, PC; and

For James C. DiPaula, Jr. and Patrick Miller: David B. Hamilton (david.hamilton@us.dlapiper.com) and Harry P. Rudo (harry.rudo@dlapiper.com), DLA Piper LLP (US).

A courtesy copy was provided by electronic mail to Michèle A. Coffey, General Counsel, Morgan, Lewis & Bockius LLP (michele.coffey@morganlewis.com), consistent with her March 10, 2026 instruction that communications concerning the firm's representation of Compass be directed to her attention.

/s/ Daniel J. White
Daniel J. White

3