# EXHIBIT A

ORDER APPOINTING CUSTODIAN *PENDENTE LITE*
OF COMPASS MARKETING, INC.

*Compass Marketing, Inc. v. Flywheel Digital LLC, et al.*, No. 1:22-cv-00379-GLR
(U.S. District Court, District of Maryland)

CL21004012-00
PET
0

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR ARLINGTON COUNTY

MICHAEL R. WHITE et. al,
Plaintiffs,

v.

Case No. CL21004012-00 *(LMD)*

COMPASS MARKETING, INC., Defendant,
and JOHN D. WHITE, Intervenor.

*Pendente Lite*

### ORDER APPOINTING CUSTODIAN PENDENTE LITE

Upon consideration of the record, including the April 21, 2026 Default Judgment Order, and for good cause shown under Va. Code § 13.1-748, **IT IS ORDERED:**

1. **Daniel J. White is appointed Custodian pendente lite** of Compass Marketing, Inc. with full authority over its assets, books, records, bank accounts, contracts, and pending litigation, and may retain counsel for Compass.

2. **John D. White, all current and former officers, agents, and counsel of Compass, and all third parties holding Compass property or records** shall cooperate with the Custodian and produce records, credentials, and account access on demand.

3. **Pending further order, John D. White and any person acting in concert with him are ENJOINED** from (a) transferring or encumbering any Compass asset; (b) directing any payment to or for the benefit of John D. White, Tagnetics, Smart Retail, Eastport Partners, PTM Capital, Safe-Annapolis, or any related entity; or (c) holding out any person other than the Custodian as authorized to act for Compass.

4. **The Custodian shall file a quarterly accounting** with the Court and shall obtain prior Court approval before any transaction over $50,000, any litigation settlement, or any new employment or severance agreement.

5. **The Court reserves jurisdiction** to set bond, fix Custodian compensation, modify this Order, and convert this custodianship to a receivership and dissolution under Va. Code §§ 13.1-747 and 13.1-749 at any time.

6. An evidentiary motion on Dissolution set on 6/8/26 @ 11:00 am

ENTER: _____   Date: **5/1/26**
Hon. Louise M. DiMatteo, Judge

I ASK FOR THIS: _____
Daniel J. White (VSB No. 98775), Michael R. White, Plaintiffs Pro Se

SEEN AND OBJECTED TO: _____
John D. White, Intervenor (Pro Se)

Objected to

A COPY
TESTE: PAUL FERGUSON
BY _____ DEPUTY CLERK

CIRCUIT COURT OF ARLINGTON COUNTY VIRGINIA
SEAL