**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Compass Marketing, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Flywheel Digital LLC, et al.<br><br>Defendants. | Case No. 1:22-cv-00379 |

**ENTRY OF APPEARANCE FOR A NON-PARTY IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in the case for non-party Morgan, Lewis & Bockius LLP.

I certify that I am admitted to practice in this Court.

Dated: September 4, 2026

Respectfully submitted,

*/s/ George J. Hazel*

George J. Hazel
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3674
Email: ghazel@gibsondunn.com

*Attorney for non-party Morgan, Lewis & Bockius, LLP*