**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COMPASS MARKETING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FLYWHEEL DIGITAL LLC, et al.,<br><br>Defendants. | Civ. No. 1:22-cv-00379-GLR |

**[PROPOSED] ORDER DENYING PLAINTIFF**
**COMPASS MARKETING, INC. 'S MOTION TO COMPEL**

Upon consideration of the Plaintiff's Motion to Compel, non-party Morgan, Lewis & Blockius LLP's opposition thereto, and the applicable law, it is this ______ day of ______________, 2026:

**ORDERED**, that the Plaintiff's Motion to Compel is **DENIED** in its entirety.

**It is so ORDERED.**

____________________________________
Judge George L. Russell III,
United States District Court of Maryland