**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| COMPASS MARKETING, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. GLR-22-379 |
| | * | |
| FLYWHEEL DIGITAL LLC, et al., | * | |
| | * | |
| Defendants. | * | |

**CUSTODIAN'S NOTICE OF ENTRY OF ORDER OF THE COURT OF APPEALS OF VIRGINIA DISMISSING APPEAL NO. 1246-26-4**

Daniel J. White, Custodian *pendente lite* of Compass Marketing, Inc. ("Compass"), gives notice of the following in connection with his pending Objections (ECF No. 83) to the Memorandum Order of October 22, 2026 (ECF No. 82) (the "Order"):

1. The Order identified, as one of "two pending cases with ongoing litigation among members of the White family," the appeal styled *John D. White v. Michael R. White, et al.*, "Case No. 124626 (Va. Ct. App)." Order at 4.

2. On November 20, 2026, the Court of Appeals of Virginia entered an order dismissing that appeal, Record No. 1246-26-4. A copy of the order is attached as Exhibit 1.

3. The order recites that the record was filed on September 9, 2026, that the appellant's opening brief was due October 19, 2026, and that "[n]o opening brief has been filed." Ex. 1. The court dismissed the appeal under Rule 5A:26 of the Rules of the Supreme Court of Virginia. *Id.* The order describes the dismissed appeal as an "[a]ppeal of order entered July 1, 2026." *Id.* The July 1, 2026 order of the Circuit Court for Arlington County, which denied John White's emergency motion to stay pending appeal, is in the record at ECF No. 81-8.

4. A second record in the Court of Appeals of Virginia, No. 1259-26-4, remains open. That court has identified the notice of appeal filed July 8, 2026 (ECF No. 81-13) as seeking to appeal the Arlington court's order of June 8, 2026, which denied John White's motions as frivolous and prohibited him from docketing further motions without leave of court. ECF No. 81-8 at 2.

5. The Custodian Order (ECF No. 73-1) is not stayed. ECF No. 81-8.

Dated: November 20, 2026

Respectfully submitted,

/s/ Daniel J. White
Daniel J. White, Esq.
Court-appointed Custodian *pendente lite* of Compass Marketing, Inc.
D. Md. Bar No. 21937
Md. AIS No. 0201030014
Va. State Bar No. 98775
Post Office Box 1760, Leonardtown, Maryland 20650
Telephone: 240-298-8156
daniel.white@danielwhite.law

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, the foregoing Notice, with Exhibit 1, was filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, including George Hazel, Esq., Gibson, Dunn & Crutcher LLP, counsel for Morgan, Lewis & Bockius LLP, and Mark Brown, Esq., King & Spalding LLP. A copy was also sent by electronic mail to Michael Marinello, Esq., and Meagan Borgerson, Esq., Kagan Stern Marinello & Beard, LLC, which has not appeared in this action.

/s/ Daniel J. White
Daniel J. White