# IN THE COURT OF APPEALS OF VIRGINIA

Friday the 20th day of November, 2026.

John D. White, Appellant,

against

Michael R. White, et al., Appellees.

**Record No. 1246-26-4**

From the Circuit Court of Arlington County
Circuit Court No. CL21004012-00
(Appeal of order entered July 1, 2026)

The record in this case was filed on September 9, 2026. Thus, the appellant was required to file an opening brief by October 19, 2026. *See* Rule 5A:19(b). No opening brief has been filed.

Because the appellant has failed to file an opening brief, we dismiss the appeal pursuant to Rule 5A:26 ("If an appellant fails to file a brief in compliance with these Rules, this Court may dismiss the appeal.").

This order shall be certified to the trial court.

Teste: A. John Vollino, Clerk

Entered: Justin Shelton
Deputy Clerk

COURT OF APPEALS OF VIRGINIA